# MICHAEL CHAZEN, ESQ.

## ATTORNEY AT LAW

4400 ROUTE 9 SOUTH · SUITE 1000 · FREEHOLD, NEW JERSEY 07728
1 GATEWAY CENTER, SUITE 2600, NEWARK, NEW JERSEY 07102
TELEPHONE: (732) 303-0808
TELEFAX: (732) 303-0210

**APPLICATION GRANTED.
SO ORDERED.**

SUSAN D. WIGENTON, U.S.D.J.

September 17, 2009

Honorable Susan D. Wigenton, USDJ
U.S. Courthouse
50 Walnut Street
Newark, NJ  07102

Re: **United States v. Melman et al  2:08-CR-132**
     **Bail Modification**

Dear Judge Wigenton:

This application is respectfully submitted on behalf of defendant Jack Melman to request that the Court temporarily modify his bail conditions to allow him to travel to Canada for 3 days from October 9, 2009 to October 12, 2009.  The purpose of the trip is to visit his 86 year old father who is in poor health.  Also, a temporary return of his Passport is requested.

Your Honor previously authorized travel to Canada for a week during March 2009, which travel Mr. Melman completed and satisfied all pretrial obligations.  While I have not had an opportunity to talk to pretrial about this request, they had no objection to his previous travel to Canada.

Page 2
Judge Wigenton
9/17/09

Further, Mr. Melman previously supplied copies
of documentation to verify the family's residence
in Canada, as well as a Waiver of Extradition,
which waiver provides that he will give back his
Passport to Pretrial Services within 48 hours after
of returning from Canada.  (Although the Government
indicated it could not consent to the prior
request, it did want such Waiver and proof of
residence if the court was going to grant the
application.)

Mr. Melman has complied with all his pretrial
obligations and has been a model defendant since
his release on bail over a year ago.

I have advised Mr. Melman that if the court
grants this application, he must strictly follow
the conditions of bail, including any modification
and that my office would tolerate nothing less.  I
have further advised him that failure to comply
with any modified bail conditions could, and would
likely result in his being charged with additional
crimes.  It is thus requested that the court so
order the bail modification as detailed herein.

Respectfully submitted,

Michael Chazen

cc: Anthony Moscato, AUSA
Adrian Garcia, Pre trial - 973-645-6428