**MICHAEL CHAZEN, ESQ.**
ATTORNEY AT LAW
4400 ROUTE 9 SOUTH · SUITE 1000 · FREEHOLD, NEW JERSEY 07728
1 GATEWAY CENTER, SUITE 2600, NEWARK, NEW JERSEY 07102
TELEPHONE: (732) 303-0808 TELEFAX: (732) 303-0210
email: michaelchazen@aol.com

APPLICATION GRANTED.
SO ORDERED.

_____
SUSAN D. WIGENTON, U.S.D.J.
April 13, 2010

April 15, 2010

Honorable Susan D. Wigenton, USDJ
U.S. Courthouse, 50 Walnut Street
Newark, NJ 07102

> Re: <u>United States v. Melman et al</u>
> 2:08-CR-132
> **Request for Bail Modification**

Dear Judge Wigenton:

This application is submitted on behalf of defendant Jack Melman. The request is that the Court temporarily modify his bail conditions to allow him to travel (with a temporary return of his passport) to Canada for 4 days from May 1st to May 5th 2010. The purpose of the trip is to visit his 87 year old father who is in very poor health and about to be placed in a residential care facility.

Your Honor twice previously authorized travel to Canada for Mr. Melman to see his ailing father; for a week during March 2009 and again in October 2009. Mr. Melman completed and satisfied all pretrial travel obligations without incident.

Page 2
Judge Wigenton 9/17/09.

   Further, Mr. Melman previously supplied copies of documentation to verify the family's residence in Canada where he would be staying.

   He also executed a Waiver of Extradition which he previously provided. The waiver provides that he will give back his Passport to Pretrial Services within 48 hours after of returning from Canada.

   Although the Government indicated it could not consent to the prior request, it did want such Waiver and proof of residence if the court was going to grant the application. Pretrial services did consent to the prior travel requests. I would note that Mr. Melman has complied with all his pretrial obligations and has been a model defendant since his release on bail over a year ago.

   I have advised Mr. Melman that if the court grants this application, he must strictly follow the conditions of bail, including any modification and that my office would tolerate nothing less. I have further advised him that failure to comply with any modified bail conditions could, and would likely result in his being charged with additional crimes.

   It is thus requested that the court so order the bail modification as detailed herein.

                               Respectfully submitted,

                               Michael Chazen

MC/cg
cc: Anthony Moscato, AUSA
Adrian Garcia, Pre trial - 973-645-6428