# MICHAEL CHAZEN, ESQ.
## ATTORNEY AT LAW
4400 ROUTE 9 SOUTH • SUITE 1000 • FREEHOLD, NEW JERSEY 07728
1 GATEWAY CENTER, SUITE 2600, NEWARK, NEW JERSEY 07102
TELEPHONE: (732) 303-0608
TELEFAX: (732) 303-0210

*Denied*

APPLICATION GRANTED.
SO ORDERED.
Surrender date extended until November 13, 2010.

SUSAN D. WIGENTON, U.S.D.J.

October 1, 2010

Honorable Susan D. Wigenton, USDJ
50 Walnut Street
Newark, NJ 07102

Re: <u>United States v. Melman et al 2:08-CR-132</u>

Dear Judge Wigenton:

With the full consent of AUSA Anthony Moscato, it is respectfully requested that the court extend the defendant's surrender date for a period of 30 days, from October 13, 2010 to November 13, 2010. The reason for the request is that Mr. Melman was just this week designated by the BOP to serve his 12 month sentence at the Brooklyn MDC which is essentially a maximum security facility with an almost full time lock down regimen. Also, the Brooklyn MDC is a facility that will probably exasperate his symptoms of depression and anxiety. Further, visitation at this facility is restricted and difficult, for attorneys and family, which for the defendant includes two young children. Quite frankly, I don't exactly understand why he was so designated.

In any event, we are thus requesting an extension so that Mr. Melman can at least try and get himself re-designated to a nearby minimum security camp. It was also give him time to get his affairs in order, including turning over his business affairs to his wife.

I will serve copy of this on the U.S. Marshall's Service, and in turn on the BOP Designation & Sentence Computation Center.

We thank you for your time and attention to this matter.

Respectfully submitted,

Michael Chazen

c: Anthony Moscato, AUSA