UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>JACK MELMAN, )<br>)<br>Defendant. ) | CASE NO: 2:08-132 (SDW) |

### ORDER OF JUDICIAL RECOMMENDATION

Having previously reviewed Defendant's Letter Motion dated October 1, 2010, based upon this Court's Judgment in a Criminal Case filed August 20, 2010, and having learned that the Bureau of Prisons has designated the defendant to the Brooklyn MDC, the Court, being otherwise duly advised of this Motion's factual basis, it is on this 7th day of October, 2010:

**RECOMMENDED**, if otherwise consistent with the policy of the Bureau of Prisons, that Defendant Melman be designated to a minimum-security camp, as close as possible to New Brunswick, New Jersey, so that he may be able to serve his time at a minimum-security facility and receive regular family visits; and it is further

**ORDERED**, that copies of this Order be served on the Office of the US Attorney, United States Marshall, District of New Jersey (Newark) and that the USMS forthwith delivers a true copy of this order to the Bureau of Prisons' Designation & Sentence Computation Center.

Honorable Susan D. Wigenton, U.S.D.J.