# Robert J. DeGroot
### ATTORNEY AT LAW
56 PARK PLACE
NEWARK, NEW JERSEY 07102
(973) 643-1930
FAX NO. (973) 643-7231

*ADMITTED TO NEW JERSEY & NEW YORK BAR
NEW JERSEY CERTIFIED CRIMINAL TRIAL ATTORNEY

EMAIL ADDRESS
RobertJDeGroot@aol.com

October 8, 2010

Hon. Susan D. Wigenton, USDJ
50 Walnut Street
Newark, N.J. 07102

Re: United States v. Melman, et. al. 2:08-CR-132

Dear Judge Wigenton:

With the full consent of AUSA Anthony Moscato, it is respectfully requested that the court extent the Defendant's surrender date for a period of 30 days, from October 13, 2010 to November 13, 2010. The reason for this request is that Defendant's father who resides in Canada has fallen gravely ill and Defendant wishes to see him before he begins to serve his sentence. The Defendant requests that the court grant this humanitarian relief.

I will serve a copy of this on the U.S. Marshall's Service, and in turn on the BOP Designation & Sentence Computation Center.

Respectfully submitted,

Robert J. DeGroot, Esq.

cc: Anthony Moscato

APPLICATION ~~DENIED~~ GRANTED
SO ORDERED
SURRENDER DATE EXTENDED UNTIL NOVEMBER 13, 2010

Susan D. Wigenton, U.S.D.J.
October 8, 2010