# MICHAEL CHAZEN, ESQ.
## ATTORNEY AT LAW
4400 ROUTE 9 SOUTH • SUITE 1000 • FREEHOLD, NEW JERSEY 07728
1 GATEWAY CENTER, SUITE 2600, NEWARK, NEW JERSEY 07102
TELEPHONE: (732) 303-0808
TELEFAX: (732) 303-0210

APPLICATION GRANTED.
SO ORDERED.

_____
SUSAN D. WIGENTON, U.S.D.J.
October 20, 2010

Honorable Susan D. Wigenton, USDJ
50 Walnut Street
Newark, NJ   07102

Re: **United States v. Melman et al   2:08-CR-132**

Dear Judge Wigenton:

With the consent of AUSA Anthony Moscato, it is requested that the court so order the return of Mr. Melman's passport(s) to his wife, Maya Melman.

It is noted that the defendant did surrender last week and is currently housed at the BOP's Brooklyn MDC facility.

Thank you for your time and attention to this matter.

Respectfully submitted,

Michael Chazen

c:
Anthony Moscato, AUSA
Pretrial Services, ATTN: S. Casale